Patricia A. Meyers
Route 4 Box 103A
Frankford, DE 19945 - 9615

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG 24  AM 11: 57

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE 19975 - 0311

Date :   August 23, 2006

<u>Civil Action No. 06 - 455 - KAJ</u>

The "UNITED STATES 03RD JUDICIAL CIRCUIT OF
"FEDERAL - "APPEAL(S)
22400 "UNITED STATES  COURTHOUSE
Office of the  incumbent  /  viable;
"Circuit "Executive;
**Ms. TOBY D. SLAWSKY, & "STAFF**
601 Market Street
Philadelphia, Pa., 19106 - 1729


The Honorary;
"UNITED STATES DISTRICT  OF  DELAWARE'(S),
"INCUMBENT"   "CLERK - Mr. PETER T. DALLEO, The Honorable,
"Presiding Justice; Hon. **"KENT A. JORDAN**, &  The  Chief - judge;
The "Illustrious,  / "Eminent; "Chief - "FEDERAL - JUDGE;
**SUE L. ROBINSON, of lockbox 031**
 844 N. King Street
 Bogg'(s) Federal Bldg.,
 Wilmington, Dela., 19801 - 3519


UNITED STATES DEPARTMENT  OF "JUSTICE'(S)  "OFFICE(S),.
Civil Rights Division
950 Pennsylvania Avenue, N.W.    Office of
the Assistant Attorney General , Main Bldg.,
Washington, D.C.    20530 - 0009



In re;   Steven Krebs v. Patricia A. Meyers, .   Civil Action No. 06 - 455KAJ
                    "REMOVAL - "ACTION
              Filed, & "Penedente lite in the U.S. District of Del.,



         Re; The, "Questionable, Malfeasance-like act(s), of intentional - like,
                  "Delay, of; Mr. John E. Tarburton esq.,


                      **"PLEASE TAKE NOTICE;**


     This, is  a  genuine, - legal - letter;  simply very                **2**

amicably attempting, some - how, to get adverse / adversary apparent - attorney; of Record Mr. John E. Tarburton esq., To; at his very earliest, convience to comply with please review justice seeker(s), bona fide relevant / pertinent Exhibit "Y",. In which is so Realistically - Manifestly - perfectly so, so, plain & clear; Let us just take into Retrospect, this Honorable Exhibit "Y" as to it's "face", and Direct - unequivocal indubitable - inference of fact,. In which the, {Asaid} Honorable; U.S. District Court of Del., dispersed, this communicative {Exhibit "Y"} legal document, for a reason,.

Now although yes I feel that this Legal - Letter, may have not, at this time, - anyway, - had to in the lawful Honorable interest of Justice, surface,. However, here he is yet again, Mr. John E. Tarburton esq., Apparently notoriously construing the Honorable letter from; {08-16-06} from your Honorable Honor; to his own selfish, Repugnant, / Averting border - like "contempt of court - like," despotic, wrongful depraved - mind like senseless behavior,. Let us, please review this Honorable exhibit; "Y",. That has apparently with good reason; like an earth - quake, sort of Rattled & shook - up, and or woke - up,.?

Mr. John E. Tarburton esq., who has already questionably, delayed our, admirable, - full mutual compliance as to the Manifest - Luminous court - ordered directive; To simply confer,                              **3**

Ms. Patricia A. Meyers & myself and jointly call the incumbent / active secretary of

 your honorable honor;  Federal - Judge  /  Justice;

The Honorable; "Kent A. Jordan",.  Respectively,.  Also, with  Mr. John E. Tarburton esq.,  on the phone line,  per

Se, . So,  elf - explanatory,. Not, a brain - teaser,  either,.

    Too, bad ,.  I, have in "Good - Faith" earnestly - importuned Mr. John E. Tarburton esq., to please let's discuss this,. And agree on a time as Exhibit "Y" visually directly - indelicate(s) to simply call your Honor's Secretary Same,.  Now, I am indulging  in this to hopefully "STOP", Mr. John E. Tarburton's,  Notorious - like past of his questionable at best hope,. That his "Vitreous" only / glass - like, smoke screen of past inferior docketed State of Delaware State Court far - far below; inferior buddies and other officer(s) Color of Authority /  42 U.S.C.A. Section 1983 judge - ship(s)  and the like,. Who did in the past,. Illegally, team up against me,.  While thinking that I was apparently not up to the edifying legal lawful, known mandated - provision(s), of our Honorable; U.S. Const., 14th Amendment,.

    So here we are Mr. Tarburton, Sir;  If it please, the United States District of Delaware'(s), Honorable Presiding Justice;  Hon. Kent A. Jordan, & Staff;  & the Honorable Chief Justice;  The Illustrious  Eminent; Hon. Sue L. Robinson;  and Staff  Please - Please do Review                **4**

Exhibit(s); A, & B which keeping in mind the Prohibited unjustified wrongful; 42 U.S.C.A. Section 1985(3). Of the on the Record Adversary Attorney


at Law Bar No. 3918 ,. Who apparently was admitted to lawfully practice, in this Honorable court, U.S. District of Del., some 5 yrs., ago. Respectively We, Ms. Patricia A. Meyers, Pro se & {emissary} / Agent & Representative Mr. Dennis L. Smith Pro se;

are simply importuning in, "Good - Good" faith,. For only "Justice,." In this matter,. As a matter of Law, ....    Again, Mr. John E. Tarburton, has wrongfully - like, systematically understood as in his past dereliction of dutie(s)  / arbitrary and capricious wrongful demeanor,. Solely to facilitate his issuable -like defense,. In which only signifie(s) his proscribed Obstruction(s) of Justice based, intentional - Delay(s),.

        Some of Mr. Tarburton's pessimistic word(s) where and I Quote; him right after I phoned him on 08-22-06 as the legal document from the U.S. District Court, so Requested; As I simply ask Mr. John E. Tarburton about us, fulfilling  the Honorable objective of the court; His Quote; I am going to review the correspondence of the court, & then confirm that is what I have to do & I will contact you once I have made that decision End Quote;

        Mr. John E. Tarburton esq., Bar No. 3918                    **5**

He cannot be

waited on,. We must move on,. If Mr. Tarburton does not Reach us {Via}, telephone per se   -   or one of his staff;   Let the Record signify Mr. John E. Tarburton is "NO" longer Affiliated with   Procino

LLP, of 123

Pennsylvania Ave., Seaford, Dela., As, a matter,

of record,. And

in fact, this recent change, has been changed with the

The DELAWARE SUPREME COURT, per se

In A Nut - Shell;

Mr. John E. Tarburton esq., is a little angry ,.

He and his click thought they'd never have to deal with me again,. How - ever, he will not wrongfully intentionally delay this legal matter,. I, truly feel and know for a fact;  this in it's, entirety needs to be immediately - "Dismissed,." As law & Justice Require(s),. For constitutional "EQUAL JUSTICE," under the Law;  I, could easily file for immediate "Federal - Injunctive," Relief at the U.S. District  Court level,. And or the Federal Appeal(s) Court of proper situs for instant - Action,. Please, be aware of the  Lawful - Lethal-Ness;

Of; Title 42 U.S.C. Section  1985(3). In lawful conjunction, here-With; very Viable; Title 28 U.S.C.A. Section  1343. These, two "Federal - "Legislative, "Explicit, "FEDERALIZED, - "Statutory Statue(s), of active -                **6**

"Law; Could / would, unequivocally cause havoc,. As a matter, of law,.
Under the law,.

Including but not at all limited, to; mediate federal injunctive measure(s).
I, / we are "Not, at this time, in the position, to cater, to Mr.
Tarburton,.

### Please Take Legal Notice;

"Update," I also called for Mr. Tarburton numerous time(s) from 4
different Location(s); to "No", Avail,. So finally my last call in which was

at approximately 3:51 p.m. From a Valero Convience Store
just West of the Hardee's on Route 20 - West / Stein Hwy. Seaford,
Del., and I did leave a message, and I Quote; " Hi Mr. Tarburton this
is Dennis Smith, it is urgent that you give me a call, per the Judge's
order,    concerning his August 16, 2006 letter. This is not of my making
but I am just trying to obey the Court's order so give me a call ah, ah by
Tomorrow 3:00 p.m. I appreciate it and ah.   The fact is, I want you to
know, I   touched base with the court and will be sending you a letter and
ah, I mean the Court and you a letter in regards to this situation that I
am having with you. Ah, this is the last time I will be calling you,. Thank
you Sir."

Please be legally Advised; I have a Rational basis test,. Federalized
Removal Action that as a matter of law,. Cannot be legally Remanded,.
How - ever 28 Section 1343.                                    **7**

Respectfully Submitted,

Patricia A. Meyers
Dennis L. Smith

Cc; U.S. Attorney U.S. Dist. Of Del. ─7005 1160 0002 0592 6596
Mr. Colm F. Connolly esq., ─ 7005 1160 0002 0592 6589
Hon. U.S. Senator "Joseph R. Biden" 7005 1160 0002 0592 6602
JUDICIAL Watch c/o ─7005 3110 0000 1602 7566
Mr. Julian Bond c/o N.A.A.C.P. ─7005 3110 0000 1602 7559
Hon. U.S. Senator Thomas R. Carper ─7005 3110 0000 1602 7542
Mr. Robert L. Stickels SCA ─ 7005 3110 0000 1602 7535
※ Attorney, John E. Tarburton ─7005 3110 0000 1602 7832

Enclosed : Exhibits Y, A, and B

**Please Take Notice;**

**Attention; Page(s)  1 - 8  are in full - full compliance /**

**compliance(s) Herewith /    Here - under;  28  U.S.C.A. Section**

**1746.**

**8**

Exhibit

Y

EXHIBIT

FILED
CLERK U.S. DISTRICT COURT
DELAWARE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE** 2006 AUG 16 AM 8: 41

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

August 16, 2006

John E. Tarburton, Esq.
303 N. Shipley Street
Seaford, DE  19973

Ms. Patricia A. Meyers
Route 4 Box 103A
Frankford, DE  19945

Mr. Dennis Lee Smith
P. O. Box 311
Selbyville, DE  19975

Re:    Steven Krebs v. Patricia A. Meyers, et al.
       Civil Action No. 06-455-KAJ

Dear Counsel, Ms. Meyers and Mr. Smith:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court

Exhibit

A

*Exhibit A*

**Dennis L. Smith**
**P.O. Box 311**
**Selbyville, De 19975**

June 12, 2006

Chancellor William B. Chandler, III
Court of Chancery
34 The Circle
Georgetown, DE 19947

John E. Tarburton
Procino & Tarburton, LLP
123 Pennsylvania Avenue
Seaford, DE 19973

Ref: Steven Krebs d/b/a Kreative Garden Center v. Patricia A. Meyers Civil Action No. 1120-S

Dear Chancellor Chandler III and Attorney Tarburton:

Chancellor William B. Chandler, III, I (Mr. Smith) want to bring to your attention some PREJUDICE issues. Therefore, since February **10, 2006**, and also since your **May 26, 2006**, **order**, Attorney Tarburton had ample time to mail his FIRST letter of **REQUST** dated June 8, 2006. This letter was only mailed to Ms. Patricia A. Meyers and you (Chancellor William B. Chandler, III) concerning civil case No. 1120-S. On or about June 9, 2006, Ms. Meyers contacted me (Mr. Smith, **her** attorney in fact/agent and witness) and gave Attorney Tarburton's June 8, 2006, letter to me, to respond to Plaintiff. I (Mr. Smith) notice therein this letter that Attorney Tarburton DID **NOT TELL THE TRUTH** when he stated, " **I have been unable to contact Ms. Meyers about this request,...**" This quote of Attorney Tarburton's is not true, because **he did contact** Ms. Meyers on or about June 9, 2006, with his June 8, 2006, letter and had ample time in the past to contact Ms. Meyers the **SAME WAY** with his first time letter of request. Also, on **June 12, 2006**, via phone I (Mr. Smith) spoke with your secretary (Ms. Mary-ellen Greenly) who **as a witness** informed me that Attorney Tarburton **did not** eFiled or electronic filed his June 8, 2006, letter. Also, on **June 12, 2006**, the Georgetown's Court of Chancery confirmed the same. Attorney Tarburton's failure to efile his June 8, 2006, letter, is a violation of Rule 79.1: and Administrative Directive of the Chancellor of the Court of Chancery of the State of Delaware. Ms. Mary-ellen Greenly gave me until June 16, 2006, to respond to Attorney Tarburton's letter dated June 8, 2006. See Professional conduct rules: Rule 8.4. Also, see **PREJUDICE issues below:**

1.   Attorney Tarburton did not send Mr. Smith a June 8, 2006, letter of request, because I would have denied his request and as of this date his request is denied. **Also**, Attorney Tarburton knew how to contact Ms. Meyers' agent (Mr. Smith) see attached November **11, 2005**, letter **exhibit A**, and compare it to June 8, 2006, first request letter, **exhibit B**.

2.   Ms. Meyers was not given **ANY TIME** to respond to Attorney Tarburton's FIRST request letter dated June **8, 2006**, because Chancellor William B. Chandler, III made a ruling on **JUNE 9, 2006**, in Attorney Tarburton's favor. See **exhibit C**.

Continue on page # 2

Chancellor Chandler III and Attorney Tarburton
June 12, 2006
Page # 2

3.      Also, Chancellor William B. Chandler, III's secretary Ms. Mary-ellen Greenly on June 12,
        2006, confirmed that Attorney Tarburton failed to efile his June 8, 2006, letter, but
        Chancellor William B. Chandler, III ruled in Attorney Tarburton's favor while this request
        letter in violation of rule 79.1: and Administrative Directive of the **Chancellor** of the Court
        of Chancery of the State of Delaware.

Based on all just mentioned above, Attorney Tarburton had **AMPLE TIME** and failed, since
February **10, 2006,** and also since your **May 26, 2006, order** to answer defendant Ms. Meyers
motion to dismiss. Therefore, Chancellor William B. Chandler, III, please vacate your Efiled
**June 9, 2006, order** and again, please dismiss civil case No. 1120-S.

### For the record notice below

Plaintiff, Mr. Krebs is a **convicted Sex Offender** in the State of Maryland, who is on Ms. Meyers
2.5 acres of real estate property. Mr. Krebs and his mother had me, (agent Mr. Smith) FALSELY
ARRESTED two times, but both false arrests were Nolle Prosequi on 04 / 27 / 2006. The Krebs
was trying to get me out of this civil case 1120-S. For the record and agent (Smith) have
evidence that one of the false arrest was a clear frame-up, which will be very easy to prove. This
false arrest was design by frame-up to help Plaintiff, Mr. Krebs civil case No. 1120-S.

### Also, for the record notice below

Again, for the record, Mr. Dennis L. Smith, is Ms. Patricia A. Meyers' attorney in fact/agent and
witness. Ms. Patricia A. Meyers acknowledged this indenture to be her act and deed concerning
the following: Ms. Meyers' authorized a recorded October 27, 2003, power of attorney to Mr.
Smith, Ms. Meyers signed documents with agent Mr. Smith concerning a past civil case No. 069-
S, Ms. Meyers signed documents with agent Mr. Smith concerning civil case No. 1120-S, Ms.
Meyers acknowledge and supports all and any documents which she signed with Mr. Dennis L.
Smith and Ms. Meyers will continue signing documents with Mr. Smith until this case is done.
Therefore, Ms. Meyers' agent must receive any and all letters from Plaintiff and Court. Also, on
June 12, 2006, Chancellor William B. Chandler, III's secretary Ms. Mary-ellen Greenly
confirmed that documents concerning civil case 1120-S, will also be sent to agent (Mr. Smith).

There is a letter dated November 11, 2005, from Attorney Tarburton to only Mr. Dennis L. Smith
in reference to **"Krebs v. Meyers C.A. No. 1120-S "**. Attorney Tarburtion stated in this letter to
me (Mr. Smith) that Ms. Meyers "... has executed a **Power of Attorney** giving you **authority to
act on her behalf...**" also stated  **" Please contact me,"** Again, see November **11,** 200<u>5</u>, letter
**exhibit A**

Respectfully Submitted,

Patricia A. Meyers
Dennis L. Smith

Enclosed:  Exhibits A, B and C

*Exhibit A*

# Procino & Tarburton, LLP
## Attorneys at Law

Michele Procino - Wells

John E. Tarburton (DE & MD)

November 11, 2005

Mr. Dennis L. Smith
RR 4, Box 103A
Frankford, Delaware 19945

Re:    Krebs v. Meyers
C.A. No. 1120-S

Dear Mr. Smith:

This matter has been transferred to me as Plaintiff's former attorney has been appointed to a position in the Delaware judiciary. You have filed legal documents in the Court of Chancery on behalf of Patricia A. Meyers, specifically, an answer to a complaint and an amended answer to a complaint. This constitutes the unauthorized practice of law as you are not admitted to the Delaware bar. The fact that Mrs. Meyers has executed a Power of Attorney giving you authority to act on her behalf does not make you an attorney at law. Please contact me, or have your attorney contact me, as soon as you have had a chance to review this letter. Otherwise, I will file a complaint with the Commission on the Authorized Practice of Law and I will also seek other monetary sanctions as permitted by the Rules of the Court of Chancery.

Sincerely,

John E. Tarburton

JET/lkf
pc:    Steven Krebs

*Exhibit B*

# Procino & Tarburton, LLP
### Attorneys at Law

Michele Procino - Wells                                    John E. Tarburton (DE & MD)

June 8, 2006

***Via facsimile and first class mail***
Chancellor William B. Chandler, III
Court of Chancery
34 The Circle
Georgetown, Delaware 19947

> Re: **Steven Krebs d/b/a/ Kreative Gardens Center v.**
> **Patricia A. Meyers; C.A. No. 1120-S**

Dear Chancellor Chandler:

On May 26, 2006, the Court issued an Order directing an answering brief to defendant's motion to dismiss to be filed by June 9, 2006, with a reply brief due by June 25, 2006. I received this Order by mail on May 30, 2006.

Please accept this request for an extension to file plaintiff's answering brief. It is possible for the Court to construe Defendant's motion to dismiss as:

1) a Motion to dismiss an amended complaint, the amendment to which has never been granted;
2) a Motion to dismiss the entire action, apparently under Rule 41 (b); and
3) a misidentified Motion for summary judgment under Rule 56.

In order to properly protect my client's interests, I believe that I need to prepare an answering brief that addresses all three possibilies. I respectfully request an extension until Friday, June 16, 2006 to file Plaintiff's answering brief.

I have been unable to contact Ms. Meyers about this request, as her phone number is unlisted. Please contact me if you have any questions.

Sincerely,

John E. Tarburton, Esquire

Pc:     Patricia Meyers

123 Pennsylvania Avenue, Seaford, Delaware 19973
302.628.4140 ❦ Fax: 302.628.4150

*Exhibit C*

EFiled: Jun 9 2006 12:17PM EDT
Transaction ID 11490359

**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

WILLIAM B. CHANDLER III
CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

June 9, 2006

John E. Tarburton
Procino & Tarburton, LLP
123 Pennsylvania Avenue
Seaford, DE 19973

Patricia A. Meyers
RR 4, Box 103A
Frankford, DE 19945

> Re:  *Steven Krebs d/b/a Kreative Garden*
>      *Center v. Patricia A. Meyers*
>      Civil Action No. 1120-S

Dear Mr. Tarburton and Ms. Meyers:

In response to Mr. Tarburton's letter of June 8, 2006, the briefing schedule, in the above-captioned case, has been revised as follows:

- Plaintiff shall file an answering brief by June 16, 2006.

- Defendant shall file her reply brief by June 30, 2006.

IT IS SO ORDERED.

Very truly yours,

William B. Chandler III

William B. Chandler III

WBCIII:meg

Exhibit

B

LexisNexis· *File & Serve*      **Welcome:** Simmons, Arline      Resource Center  Preferences  Sign Off
                                        DE Court of Chancery

| **Home**  **Filing & Service**  **Alerts**  **Search** |
| Case History  Cases Search  Daily Docket  Transaction Status  Advanced Search |

Home > Select Case > **Case History**

## Case History Search
Search Created:
Tuesday, July 25, 2006 11:41:48 EDT

Printable Version

| **Court:** | DE Court of Chancery | **Judge:** | Chandler, William B | **File & Serve Live Date:** | 2/23/2005 |
| **Division:** | N/A | **Case Number:** | 1120-S | **Document(s) Filed:** | 50 |
| **Case Type:** | Injunctive Relief | **Case Name:** | Krebs, Steven et al vs Patricia A Meyers | **Date Range:** | All |

Choose an action:  -- Select --     Go    Show 1000   records

1-26 of 26 transactions    Prev. Page 1 of 1 Next

| | Transaction ▽Date/Time | Option | Case Number Case Name | Authorizer Organization | | # Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|---|
| ☐ | 11827270 | 7/18/2006 2:56 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | William B Chandler, DE Court of Chancery | ☐ | 36 Letter | Letter [view] | 0.1MB |
| ☐ | 11786496 | 7/13/2006 3:00 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Patricia G Randolph, DE Court of Chancery | ☐ | 35 Letter | Letter to Chancellor Chandler and John Tarburton from Dennis Smith dated July 6 2006 [view] | 3.3MB |
| ☐ | 11662326 | 6/29/2006 9:37 AM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | John E Tarburton, Procino-Wells, Michele | ☐ | 34 Letter | John Tarburton, Esquire's letter in response to Dennis Smith's June 25, 2006 letter [view] | 0.1MB |
| ☐ | 11642197 | 6/27/2006 1:51 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | William B Chandler, DE Court of Chancery | ☐ | 33 Letter | Letter [view] | 0.1MB |
| ☐ | 11638288 | 6/27/2006 10:49 AM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | John E Tarburton, Procino-Wells, Michele | ☐ | 32 Letter | Letter from John E. Tarburton, Esquire requesting continuance to file answering brief [view] | 0.1MB |
| ☐ | 11637057 | 6/27/2006 8:11 AM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Patricia G Randolph, DE Court of Chancery | ☐ | 31 Letter | Letter to Chancellor Chandler & Mr. Tarburton from Dennis Smith dated June 25, 2006 requesting an extension of hearing [view] | 2.9MB |
| ☐ | 11583055 | 6/20/2006 4:02 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | William B Chandler, DE Court of Chancery | ☐ | 30 Letter | Scheduling Letter [view] | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ 11554598 | 6/16/2006 2:39 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Patricia G Randolph, DE Court of Chancery | ☐ | 27 Letter | Letter to Mr. Tarburton and Chancellor Chandler dated June 12 2006 [view] | 1.5MB |
| | | | | | ☐ | 28 Brief | Plaintiff's Answering Brief To Defendant's Motion To Dismiss [view] | 2.4MB |
| | | | | | ☐ | 29 Appendix | Appendix To Plaintiff's Answering Brief To Defendant's Motion To Dismiss [view] | 0.3MB |
| | | | | | ☐ | Other | Attachments to Plaintiff's Answering Brief [view] | 4.4MB |
| | | | | | ☐ | Certificate of Service | Certificate Of Service [view] | 0.1MB |
| | | | | | ☐ | Other | Attachments To Appendix To Plaintiff's Answering Brief To Defendant's Motion To Dismiss [view] | 3.3MB |
| ☐ 11490359 | 6/9/2006 12:17 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | William B Chandler, DE Court of Chancery | ☐ | 26 Letter | Letter Revising Briefing Schedule [view] | 0.1MB |
| ☐ 11380553 | 5/26/2006 8:51 AM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | William B Chandler, DE Court of Chancery | ☐ | 25 Letter | Letter [view] | 0.1MB |
| ☐ 10640628 | 2/23/2006 8:48 AM EST | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Patricia G Randolph, DE Court of Chancery | ☐ | 24 Motion | Corrected Page 6 in the Motion To Dismiss Plaintiffs Amended Verified Complaint for Declaratory and Injunctive Relief [view] | 0.1MB |
| ☐ 10551029 | 2/10/2006 3:53 PM EST | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Patricia G Randolph, DE Court of Chancery | ☐ | 23 Motion | Motion To Dismiss Plaintiff's Amended Verified Complaint For Declaratory And Injunctive Relief filed by Dennis Smith [view] | 0.4MB |
| | | | | | ☐ | Proposed Order | Order [view] | 0.1MB |
| | | | | | ☐ | Exhibits | Exhibits [view] | 0.5MB |
| ☐ 10366417 | 1/19/2006 10:39 AM EST | File Only | 1120-S Krebs, Steven et al vs Patricia A Meyers | Michele Procino-Wells, Procino-Wells, Michele | ☐ | 17 Proposed Order | Notice of Motion, Motion to File Amended Complaint and Order [view] | 0.1MB |
| | | | | | ☐ | 18 Exhibits | Exhibit to Motion [view] | 0.1MB |
| | | | | | ☐ | 19 Exhibits | Exhibit to Motion [view] | 0.1MB |
| | | | | | ☐ | 20 Exhibits | Exhibit to Motion [view] | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 21 Exhibits | Exhibit to Motion [view] | 0.1MB |
| | | | | | | 22 Exhibits | Exhibit to Motion [view] | 0.1MB |
| 6482620 | 8/15/2005 9:48 AM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Arline Simmons, DE Court of Chancery | | 16 Order | Stipulation To Substitute Counsel [view] | 0.1MB |
| 5991046 | 6/10/2005 12:09 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Arline Simmons, DE Court of Chancery | | 15 Letter | Letter from Mr. Smith dated June 7, 2005 [view] | 0.2MB |
| 5854388 | 5/19/2005 4:09 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Arline Simmons, DE Court of Chancery | | 11 Amended Answer | Amended Answer filed by Mr. Smith [view] | 0.4MB |
| | | | | | | 12 Exhibits | Amended Answer Exhibit A [view] | 0.9MB |
| | | | | | | 13 Exhibits | Amended Answer Exhibit B-F [view] | 0.3MB |
| | | | | | | 14 Exhibits | Amended Answer Exhibits G-J [view] | 0.1MB |
| 5760839 | 5/5/2005 4:35 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Arline Simmons, DE Court of Chancery | | 10 Letter | Letter from Mr. Smith Ref: Amended Answer [view] | 0.1MB |
| 5722176 | 4/29/2005 4:14 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Arline Simmons, DE Court of Chancery | 9 | Other | Answer To Complaint For Declaratory and Injunctive Relief [view] | 0.3MB |
| | | | | | | Exhibits | Exhibit A to Answer [view] | 0.8MB |
| | | | | | | Exhibits | Exhibit B-G Answer [view] | 0.4MB |
| 5660122 | 4/21/2005 9:17 AM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Arline Simmons, DE Court of Chancery | 8 | Letter | Letter from Mr. Smith and Ms. Myers [view] | 0.2MB |
| 5608091 | 4/13/2005 3:00 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Arline Simmons, DE Court of Chancery | 7 | Letter | Letter from Dennis Smith and Patricia Meyers [view] | 0.1MB |
| 5550662 | 4/4/2005 5:00 PM EDT | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Patricia Randolph, DE Court of Chancery | 6 | Sheriffs Return | Service was completed on Patricia A. Meyers by Dennis Smith picking up her papers at the Sheriff's office [view] | 0.1MB |
| 5469466 | 3/30/2005 5:00 PM EST | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Patricia Randolph, DE Court of Chancery | 4 | Letter | Letter to Chancellor William B. Chandler, III and Alan G. Davis, Esq. from Dennis L. Smith [view] | 0.1MB |
| 5469467 | 3/30/2005 5:00 PM EST | File And Serve | 1120-S Krebs, Steven et al vs | Patricia Randolph, DE Court of | 5 | Letter | Letter with Date Correction to Mr. Davis and Chancellor | 0.1MB |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Patricia A Meyers | Chancery | | | | Chandler from Dennis L. Smith and Patricia A. Meyers [view] |
| ☐ 5250045 | 3/1/2005 5:00 PM EST | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Arline Simmons, DE Court of Chancery | ☐ 3 | Other | | Sent Summons To Sheriff 3/1/05 [view] | 0.1MB |
| ☐ 5203826 | 2/23/2005 4:06 PM EST | File And Serve | 1120-S Krebs, Steven et al vs Patricia A Meyers | Alan G Davis, Davis, Henry Clay III PA | ☐ 2 | Praecipe | Praecipe [view] • Linked to (1) | 0.1MB |
| | | | | | ☐ | Affidavit | Affidavit of Steven Krebs [view] • Linked to (1) | 0.1MB |
| | | | | | ☐ | Exhibits | Exhibit A: Commercial Lease Agreement [view] • Linked to (1) | 0.2MB |
| | | | | | ☐ | Exhibits | Exhibit B: Letter to Defendant [view] • Linked to (1) | 0.1MB |
| | | | | | ☐ | Exhibits | Exhibit C: Letter from Dennis L. Smith [view] • Linked to (1) | 0.1MB |
| ☐ 5199838 | 2/23/2005 10:08 AM EST | File Only | 1120-S Krebs, Steven et al vs Patricia A Meyers | Alan G Davis, Davis, Henry Clay III PA | ☐ 1 | Complaint | Verified Complaint for Declaratory and Injunctive Relief [view] • Linked from (5) | 0.1MB |
| | | | | | ☐ | Case Information Statement | Supplemental Information Pursuant to Rule 3(a) of the Rules of the Court of Chancery [view] | 0.1MB |
| | | | | | ☐ | Proposed Order | Proposed Order [view] | 0.1MB |
| | | | | | ☐ | Proposed Order | Order [view] | 0.1MB |

1-26 of 26 transactions    ‹‹ ‹ Prev  Page 1 of 1  Next › ››

LexisNexis· *File & Serve*