# In The United States District Court For The District of Delaware

STEVEN KREBS   d/b/a  Kreative
Gardens Center

           Plaintiff,              Civil  Action No. <u>06 - 455 - KAJ</u>


    -Against-


                               "FEDERAL - "QUESTION(S);

PATRICIA  A.  MEYERS
                  Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

And  now  here  come(s).  Patricia  A.  Meyers,  Pro se    legally

responding  to  the  Adverse  superficial  /  Issuable  defense  for  delay  only;

Apparent   insidious  overreaching - Hoodwinking  not  even  worth  the  paper

it  is  typed  on;   "Speaking   - Of;

John  Tarburton's  absurd  - beyond {trivial}  **"Motion  to  Remand"**  It

is  my  position,  that  I  feel  I  must  file  this;

## "MOTION  IN  LIMINE"

If,  it   please - please  the  court,  I  Patricia A. Meyers  due  hereby

legally  forwarded  to  be  filed  /  docketed  this  manifest  motion  in  limine  /

Motion  to  **"DENY"**  Tarburton's  transparent  Motion  for  Remand  to  STRIKE

in  it's  entire - Entirety,  the  bogus;  Transparent  insidious;   **{Page  1 of 13}**

**"MOTION FOR REMAND,."** As, a "Matter, of "Law; . .. .......

I, Patricia A. Meyers Pro se due hereby; **"ANSWER"** to the deceitful hoodwinking; **"MOTION FOR REMAND"** filed for, apparent delay only to procrastinate the constitutional dismissal of this nuisance / frivolous Non - Suit,. Filed apparently in full  vehement  Revenge {Via} the  so - called Counsel, for; STEVEN KREBS,. In this so - called, **"MOTION FOR REMAND,"** the former partner, before his apparent official on the Record - intentional Termination,  from partnership of  Michelle L. Procino esq. He, Mr. Tarburton  Has  superficially  listed  a few  separate  ridiculous {prolixity - based}, depraved vitreous purported  reason(s) that  the  overreaching gravamen;

Ridiculous **"MOTION TO REMAND"** in his  mind,  should  issue; Here  are  my  legal - response(s) to some  of  his  transparent depraved  so - called   reason(s),. My motion shall be rightfully **"GRANTED,"** in the Lawful interest of Justice,.   Please  review  the following  statement(s) to substantiate; My motion to **"Strike"** the gravamen; Adversary Tarburton's turbid Motion to Remand , and / or I Request that this high, uniform court of Law "DENY" Tarburton's indignative **MOTION TO REMAND,.** Same,. As law & Equal - justice impartially Require,. As a  Matter of Law,.

**{01}.** Yes, the original complaint, was filed on or near to; Feb. 25th, 2005,. However, if the border - line lone counsel of **Steven Krebs** want(s) to get truly truly technical,.                              **{Page 2 of 13}**

Let, us check, these Fact(s),. ...

### Please Take Notice

Mr. Dennis L. Smith, is the one who actually signed for the initial very unprofessional subsequent so - called lawsuit,. This is **/** was only to delay,. The **"Legal - Eviction,"** / And Unequivocal termination of Lease of; your's truly **STEVEN KREBS,.** Yes, my incumbent {Legal - bona fide} Power of Attorney / Agent / Emissary and witness; Mr. Dennis L. Smith, is the person, who did sign for the initial complaint, that for what ever sarcastic reason, was filed in the de facto Delaware "Court of Chancery",. In which the Delaware Court of Chancery Now, has Absolutely "NO" jurisdiction over this **{ CASE },** under "Federal - "Law,. See; 28 U.S.C. Section 1446(c)(5),(d),.

As, a matter, of law,. Under the "Law,. .. See, also; "Rational basis test." However, it really, look(s), as though,. This, depraved - like mind, very Uncivilized - plan; of **"RACIAL - DIVISIVENESS, & "RACIAL - "DIVIDE,.** Of The, former, presiding judge; The Hon. / vel non; William B. Chandler The { 03rd },. / Chancellor – { SAME },. And the, as {02$^{nd}$}, "Notice - "**SAME;** The possible, co-conspirator / **"Racist;** the **"Ousted - "Kicked - "Out, of the "Prominent / "Integrity - "Based, Law firm, of; *Ms. Michelle L. Procino esq., per se* - Mr. John E. Tarburton,. Who was until, Just recently, barristering ?

**{Page 3 of 13}**

**"Out, of his home !! ??  { Sic },. ..** What, a "Big time, "Counsel, . ??

This, is  very  important, please  pay  attention,. Per  se  My  point  is
this,. Mr. John E. Tarburton,  &  The  Court,  of  Chancery,  of  DELAWARE'(s),
Biggest;  judge-ship; had  better  be  legally  advised  of;

**"PROHIBITED   /   "PROSCRIBED; 42 U.S.C. Section 1981(a).**
Because,  even  though  it  is  truly  { SAD },. To, yet  again  mention;
The  fact,  that a "Black-man,  /  **"AFRICAN - "AMERICAN,.** Is, usually
In and instant, at  first - sight;  Labeled, Basically - "Unintelligent,. Per se

So, this  so-called  "REMAND,  bogus  absurd  request,  ( via )  ousted
counsel,  Mr. John  Tarburton;  is  so, so,  very  suspect,. Due to the  depraved
- mind,  "WISH,  of the  two  of  them,  unofficially ,. To, in  their  wildest -
wildest,  of  Dream(s),  to  get  this  **{ CASE },** back  in  the  inferior  de facto;

**DELAWARE  RACIST, "COURT  of  "CHANCERY,  of  RACIST - RACIST,**

**"SUSSEX  COUNTY,   DELAWARE,.**

Apparently,  as it  seem(s),  to  teach,  me  a  lesson,. For simply,  being  a
"Power  of  **"Attorney,.** For a white - lady,  friend  of  the family,. I, must say,
myself;  I, cannot  apologize,  for  being  "BLACK,. Because, I am a "Proud,
business "Owner - 'Proprietor,. Per se  How-ever;  the  **"Color  of  my  skin;**
was,  Designed,  and  designated,  ( via ),  an  act;  of

**{ OUR } - { GOD in heaven},.** Now, if any atheist, are present,. I do sincerely apologize,.

Back, to the gravamen; "INSURRECTION - {Section 28 U.S.C. 1443(1)}, of the De facto; inferior,

**State of DELAWARE; "COURT of CHANCERY**; Here are the fact(s);

**{ 01 }.** Although, as we all know,. This case is currently Pendente lite, Before, the Honorable; KENT A. Jordan - { "FEDERAL - JUDGE" }; Apparently, This big - big time; 42 U.S.C.A. Section 1985(3). "Conspiracy, to "Wrongfully, "DENY Ms. Patricia A, Meyers "Inalienable - "Inherent - **"Constitutional "Right'(s),** to have been treated totally / unequivocally "EQUAL, In the de facto; State of DELAWARE - "Court of "Chancery,. This out, Out, wrongful - depraved - mind like illicit - campaign; { via }, as I reiterate Mr. John E. Tarburton, & Chancellor, of the State of Delaware Honorable, Vel non **court'(s) of Chancery - Cj. Hon. Mr. William B. Chandler III,.** Who, is Unequivocally, culpable; of numerous, judicial canon(s); Due to; As, I again factually stipulate; Although, { YES }, this case, is **{02$^{nd}$}, "NOTICE;** Pendente lite, before the Hon. KENT A. JORDAN, in and for The U.S. Dist., of Del.,    However;

**PLEASE TAKE NOTICE;**

This, out, & out "Racial - Injustice oriented / based; **{ PLOT },** that Is

so unrealistic,. Has, stepped way, - way, out of bound(s);


PLEASE See; Exhibit; " I "  I, for Insurrective - like, despotic,

**MALFEASANCE, doli capax, "Abuse of "Authority based; 42 U.S.C..A.**

**Section 1983., In, which I, Patricia A. Meyers, will seek; 42 U.S.C.A.**

**1988. "The "Full "Vindication, of my "Civil - Right'(s),. Especially, the**

**Adverse, wrongful { GAME(S) }, of; intrinsic,  &  extrinsic fraud,.**

**And the like;** The, **"Overt / M A N I F E S T; FRAUDULENT ACT, OF**

**THE DE FACTO;**

**COURT OF CHANCERY**, to send out, a farce of a scheduling

"Order; When, in fact, they know / knew that this { CASE }, is still

Pendente lite, in the U.S. Dist., of DELAWARE,. "Fact,. ....

In light, of the fact, of in the very least, border-line; Moral Turpitude,

Of; the de facto judge, / chancellor Hon. Mr. William B. Chandler III.,

I, Patricia A. Meyers, would truly - truly feel, yet again;

**"UNCONSTITUTIONALLY - "Prejudiced**, if this { CASE }, was illegally,

"REMANDED, to the de facto "Court of Chancery, in & for Sussex

"County,. Or, any other court, in the state of DELAWARE,. Per se

It, would be "Truly adversely **"INHERENTLY - "PREJUDICIAL**, and a true;

"UNCONSTITUTIONAL, - "MISCARRIAGE OF JUSTICE,. As a matter,

Of law,. Under the law,. In multi-violation(s), of my        {Page 6 of 13}

## "Civil – "Right'(s) .

I, Patricia A. Meyers, due inherently - right- Fully, enjoy, all at birth "Constitutional, legally ascertained - "Inalienable - **"LIBERTIE(S),.** Including, but { NOT }, limited to my indelible - **"LIBERTY; / LIBERTIE(S),** to not be illegally commingled; In, a involuntary { STATE } court; Setting; Biased, and "Prejudiced, against myself, and mainly, my **"AFRICAN - "AMERICAN - Citizen / Constituent; incumbent "POWER, of "ATTORNEY, Mr. Dennis L. Smith,..** As, a "Matter, of "law,. .. Mr. Smith, simply read(s), & explain(s), thing(s), to Me,. He, simply protect(s), my "Best - "Interest, as any TRUE-FRIEND, would..

In, fact, any adverse, Honorable, ruling(s), of this Honorable high, Court,. Would, virtually take, us before the Honorable; 03rd Federal, Judicial "Circuit of "APPEAL(S),. In, the **"City, of "Brotherly "LOVE,.** This, is an option, that I Patricia A. Meyers, do have due, to in my Pleading(s), I, did categorically file here - under; **28 U.S.C.A. Section 1443(1). Section 1331.** The, **28 U.S.C.A. Section 1331.,** is / was listed On; the initial **"CIVIL - 'DOCKET "SHEET,.** As, a matter, of **"RECORD,."**

Also, as I should inquestion, the active / viable incumbent -

"Clerk, Of this, FEDERALLY 'OWNED, & "OPERATED, COURT OF LAW;       Dearest, staff of Mr. Peter T. Dalleo, what on earth, do I do with, See; exhibit;  " I "  yes, this, is truly - like; "Insurrection,. ! What, A "OBLOQUY,. As, it legally, on the record, { STANDS },.

     Yes, Mr. Peter T. Dalleo, & "Staff; Sir; This, is all in your hand(s), now; Sorry, to show, the truth, sorry for the; current - incumbent; Chancellor, Of; State, of DELAWARE'(S) "Court'(s), of "CHANCERY,. As, far as his; "WRONGFUL, - "DESPOTIC, DEFILED, INCONTROVERTIBLE, PROFLIGATE, MAKE - believe; "Farce, of a "Scheduling "Order; from; your honor; Chancellor; Hon. Vel non Mr. William B. Chandler 03rd,. { Sic },. ..

     If, it please, the court,. May, I inquestion, as to whether, the perfunctory MALFEASANCE, 42 U.S.C. A. Section 1983. Section 1985(3). Malact(s), Of; the de facto, "Court of Chancery'(s) - "TRULY - "Premier - de facto- Like, head judge; Chancellor; Hon. Vel non William B. Chandler III., Now, is he above, "Constitutional - "Rational basis test. ? Is, he above "Clearly "Established, "Federalized - "Viable - "Statutory- Statue(s), of :FEDERAL - "LAW; ??

     Is, this really, reality ? Has, he lost it ?? The, revenge factor; is truly viably, before this "High, Honorable, 'UNITED STATES OWNED, & operated court, of law; The, de facto                    {Page 8 of 13}

Court of Chancery, of State of Delaware'(s), Chief; / chancellor

judgeship; has not only, **"VIOLATED;**

See; 28 U.S.C.A. Section 1446(c)(5).,(d). But, he apparently,

**{"CANNOT"},** be **"CONTROLED**,. { Sic },. Now, how can, this

**"High U.S. Const., Art. III** federal - court, condone, / agree

To; **"REMAND ?** If, this **State of DELAWARE** judge; is sending

Out; **"False, scheduling "Order'(s),** while the case, is still,

Legally "Pendente lite, here { 03rd } - **"NOTICE { SAME };**

So, can you even imagine; the **"UNCONSTITUTIONAL,**

Bias, and **"Prejudice,.** That he would have against, my person;


Ms. PATRICIA A. MEYERS, if this ever, went back, to his de facto court ?

It, would be a true, "Wrongful; "Miscarriage, of JUSTICE; And "Vicarious,

Liabilitie(s), would arise,. As a matter, of law,. Under the law,.


In, conclusion; "No, I am not an attorney,. How-ever, as a **"Pro se, I

am** Legally forwarding, all of this, in **"Good - "Faith,.** And, as it is read,.

If, deemed, **{ EVER },** necessary, the { 03rd } Judicial - "Circuit, of

Just up, "North, would be legally compelled,. To, review with clarity

These, same legal - document(S),. That, I trust, that this court will,

Not create a "Culpable - "UNCONSTITUTIONAL - "MISCARRIAGE,

OF J U S T I C E; . Let, us please remember;          **{Page 9 of 13}**

"**EQUAL JUSTICE, under the "LAW;** I, truly refused, to be

prejudiced, ( via ) any court, in our honor- Able, Civilized, "DEMOCRACY,. And

I truly, trust, that the "Illustrious, "Eminent, "Prestigious, Transcending -

"honorary - "honorable - "indisputable - "CREDENTIAL(S), OF THE

"Unprecedented, **PRESIDING, JUDGESHIP,.** Will, impartially, decide this

case,. Totally, irrespective, to the fact; that I am unfortunately -

Without, an attorney,. However; the truth, is on my side,.


And, the truth, will set you, "Free . In meaning, this **{ CASE },**

Need(s), to be "Dismissed, as a "Matter, of law,. Immediately,.

And or, at the very - very - earliest, convience of the Court,.

I, Ms. Patricia A. Meyers Pro se,. Simply refuse, to be yet again,

**Face, a state of DELAWARE Court; that, has ALREADY**

**WRONGFULLY, "intentionally VIOLATED; 28 U.S.C.A.. SECTION**

**1443(1).**

As a Matter, of law; And I, know that this court, will not,. Side, with

Conspiracy, against my person,. Who is already, disadvantaged,. Due

**To " NO " legal - "Counsel,.**


Dearest; Staff; of the **"Presiding JUDGE,** This, Honorable Court,

has to base, this case on the merit(s), of the, Legal document(s),. Before

the **"Court,.** Not, who has purported,                **{Page 10 of 13}**

Questionable - suppose - to - be;   legal - "Counsel,.

This case, **{ S H A L L }, BE EVENTUALLY "DISMISSED,** in it's(s)
"ENTIRETY,. Due to plain, & Simple; The, State of Delaware's(s),
Higher court(s), other than; the shallow; Jp court(s)'. Require,
That all judgeship(s), be previous, **"Compotent - "Barrister(s), /**
"Attorney'(s),. So, let us take, that fact, into retrospect,.
Since, the State of DELAWARE'(s), Court of Chancery,
Already had their chance; to have treated, my person fair,. And
Without - "Unconstitutional - **"Wrongful - "Prejudice,. Since,**
The judgeship, then superficially presiding,. Chancellor, Hon. Vel non
William B. Chandler III., who, I truly assume, is a former, fine attorney,.

I, must say,. He must be very **"Special,.** To have risen, to the seat, that
he so, Maintain(s),. Yes, my hat is "off, to ya,. However, I, know that the
chancellor, Of the, Court of Chancery of State of Delaware, W. B.
Chandler, Is, fully - vehemently aware, **/** abreast, of people(s), **/**
citizen(s) **/** Constituent(s), "Inalienable - 'Civil - 'Libertie(s),. So, since his
court, Did "Not, uphold, nor **"Constitutionally "ENFORCE, my**
**"Inalienable, "INHERENT - "Civil - "LIBERTIE(S),.** Nor, did he uphold,
my Consituational right'(s),. Not to be prejudiced against,.

**{Page 11 of 13}**

Let, us also  remember; Having  a  lawyer,  is not alway(s), a positive,

In the cruel - stealth - clandestine going(s), on in our  society  today,.

However;  One, cannot  be  **"Prejudiced, against, as a matter  of  law;**

Just  because, they  do  not  have  legal  counsel,. As a matter,  of  law,.


**I,  trust  that  justice,  will  prevail,.  In this legal  matter,.**


And, I know, that the "Integrity,  of  the  Honorable - 'Presiding,

Justice;  will  { " NOT " },  allow  for  this  { CASE },  to  be

**"WRONGFULLY   /   "UNCONSTITUTIONALLY**  sent  back,

To;  a  **"Racial - "Injustice  setting,.** And, to put my person, in a de facto

court,.  That, has already, had their  chance, to treat my person, with  dignity,

Integrity,  and  respect,. As, all of us in this  "Wonderful,  "DEMOCRACY,  have

"So,  **"INHERENTLY – "INALIENABLY - So -  "ASCERTAINED,.** But yet

DENIED,.  The, de facto  court, in question, has  wrongfully,  "DENIED",  my

person,  "Previously  **"Constitutional - 'EQUAL – "JUSTICE,  under  the**

**law;**


Therefore,  legally  –  rightfully  "Preventing,  any

**"UNCONSTITUTIONAL;  "REMAND(S),  under  the  law,.** The, court  in

question, has  wrongfully  "Violated,  the  very - rightful - fabric,  of  this

"NATION,. Including  but,                              **{Page  12  of  13}**

**"Not, limited to; U.S. Const., 14th Amend. / "Bill of "Right'(s),.** I,

Was truly, wrongfully prejudiced, in the court in question,. And I do Not

foresee, this "High court condoning, yet another; purported "RACIAL -

"INJUSTICE oriented, de facto court setting,. That, would

Yet again, illegally "Wrongfully - **"Heinously - "VIOLATE;** multiple

"Rational basis test., "Federalized, statutory, "Libertie(s),. That

Were, unconditionally ascertained, at birth of myself; Ms. Patricia A. Meyers.

And I, a **"UNITED STATES Citizen**, cannot be compelled, to illegally,

Endure, yet same,. Yet, again,. Because, any wrongful **"REMAND(S),**

Would, be "Patently - "Violative, and of "Express constitutional -

**"PROHIBITION(S),.** As a matter, of law, under the law,. .....



X _____
  Ms. Patricia A. Meyers

X _____

        Dennis L. Smith
        Power of Attorney
   / agent / emissary / and
Witness for Patricia A. Meyers


Date : ___9/13/06___

{13 of 13}

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

STEVEN KREBS, d/b/a, KREATIVE  :
GARDEN CENTER,                 :    C.A. No.: 06 – 445 - KAJ
                               :
            Plaintiff,         :
                               :
    v.                         :
                               :
PATRICIA A. MEYERS,            :
                               :
            Defendant.         :

**AFFIDAVIT OF PATRICIA A. MEYERS**
**AFFIDAVIT OF DENNIS L. SMITH**

UNITED STATE DISTRICT COURT :
                            : SS.
DISTRICT OF DELAWARE        :

The, preceding – indelible truthful – statement(s), in the " MOTION IN LIMINE " are

true to the best of my knowledge and belief(s); of; Mr. or Ms. and are in full vehement

compliance / Compliance(s), Here-with,/ Here – under; 28 U.S.C.A. Section 1746.

_____        _____9/13/06_____
Ms. Patricia A. Meyers.                          Date

_____        _____9/13/06_____
Mr.. Dennis L. Smith                             Date

CERTIFICATE OF SERVICE

I hereby certify that two true copies of the " Motion in Limine " have been        Hand
– Delivered and/or certified mailed this ___*13*___ day of ~~July~~ *September* 2006, to counsel for Plaintiff at
the following addresses:

United States District of Delaware          John E. Tarburton, Attorney
Bogg'(s) Federal Bldg.,                     Bar I.D. No 3918
844 N. King Street                          420 Pennsylvania Avenue, Suite 2
Lockbox 18                                  Seaford, Delaware 19973 - 3706
Wilmington, DE 19801 – 3517                 (Note: Another new address)
                                            Certified Mail No. 7005 3110 0000 1602 7627
                                            Client Mr. Steven S. Krebs
                                            Certified Mail No. 7005 3110 0000 1602 7719

and that counsel and the United States District Court of Delaware has received these two copies
by Mr. Dennis L. Smith power of attorney / emissary / agent and witness.

# In The United States District Court For The District of Delaware

STEVEN KREBS    d/b/a Kreative
Gardens Center

              Plaintiff,            Civil Action No. 06 - 455 - KAJ

    -Against-

                                    "FEDERAL - "QUESTION(S);

PATRICIA A. MEYERS
               Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To; **"Incumbent - Clerk,"** & the Staff of Mr. Peter T. Dalleo,.

Please Take Official Luminous / Overt / Manifest

# "NOTICE"
# Of; Defendant'(s);

# EXHIBIT; " I "

" I " for Insurrective / Insurrection - like proscribed / prohibited insidious - clandestine depraved - mind hood - winking Connotation(s); Of the inferior, de facto Subordinate State of Delaware judgeship , that is vehemently , categorically on the **"BUBBLE",.** As a matter of Law,. Re; The very unconstitutional ; Transparent / Meaningless Insurrective Apparent

Apparent scheduling Order, from The de facto State of Del. Court of Chancery,.

# Please Take Notice

# To subject Gravamen / Same,.

X _____
           Patricia A. Meyers

X _____
           Dennis L. Smith
          Power of Attorney
     /agent / emissary / and
Witness for Patricia A. Meyers

Exhibit

"I"

**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

*Exhibit I*

WILLIAM B. CHANDLER III
CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

Submitted:  July 28, 2006
Decided:  August 29, 2006

John E. Tarburton
303 N. Shipley Street
Seaford, DE  19973

Patricia A. Meyers
RR 4, Box 103A
Frankford, DE  19945

> Re:   *Krebs d/b/a Kreative Garden Center v. Meyers*
>        Civil Action No. 1120-S

Dear Counsel and Ms. Meyers:

On January 31, 2002, the parties executed a three-year commercial lease agreement (the "Lease Agreement") calling for Meyers to lease about two and a half acres of Meyer's six-acre parcel of land (the "Property") to Krebs.  On November 12, 2004, Meyers offered to sell Krebs the Property for $3,500,000, which Krebs rejected.  On December 2, 2004, Krebs notified Meyers of his intention to extend the lease an additional five years, allegedly pursuant to the terms of the Lease Agreement.  Meyers responded by letter dated December 18, 2004, effectively rejecting the extension.  On February 23, 2005, Krebs commenced this action seeking declaratory and injunctive relief to interpret the lease extension language of the Lease Agreement, and to enjoin Meyers from interfering with plaintiff's use and quiet enjoyment of the property.

Initially before me is plaintiff's motion to amend the complaint to preclude the participation in this litigation of defendant's agent, Dennis Smith.  As this Court noted, Smith cannot act as an attorney representing Meyers merely by acquiring a power-of-attorney.[1]  Because plaintiff's motion to amend the complaint has been mooted by this Court's subsequent ruling, the motion is denied.

---

[1] *Krebs v. Meyers*, C.A. 1120-S, Letter Op. (Del. Ch. July 18, 2006).

Also before me is defendant's speaking motion to dismiss the complaint, filed February 10, 2006.[2] Recognizing the speaking motion as a product of a pro se defendant, this Court will carefully erect the best legal arguments available beneath the arguments asserted in the motion. Defendant moves to dismiss the complaint for failure to state a claim, on a number of grounds. First, by the terms of the Lease Agreement, Krebs failed to make a timely extension request, and even if he did make a timely extension request, Meyers was not obligated to grant his request. Second, the Lease Agreement's authenticity and, in particular, the authenticity of the lease extension paragraphs, are in doubt. Third, Krebs breached the Lease Agreement, permitting Meyers to rescind the entire agreement. Fourth, the boundaries of the Property itself are in dispute. Fifth, the Lease Agreement is unconscionable. Sixth, Meyers considers Krebs dangerous, as he is a convicted sex offender.

Resolving these issues will require the development of a more complete record. The first issue requires the construction of a contract, which is typically decided at the summary judgment stage. The second issue requires the presentation of evidence challenging the authenticity of the Lease Agreement. The third issue once again requires construction of a contract. The fourth issue requires presentation of evidence regarding the fulfillment of one of the Lease Agreement's terms: that the parties would delineate the boundaries of the leased portion of the Property by mutual agreement on-site. The record is likewise sparse in respect to the fifth and sixth issues. Consequently, defendant's motion to dismiss is hereby denied.

All further proceedings in this case shall be governed by the case scheduling order, which has been entered on this date. All parties and counsel are expected to cooperate with each other, and to comply strictly with the Scheduling Order.

IT IS SO ORDERED.

Very truly yours,

*William B. Chandler III*

William B. Chandler III

WBCIII:bsr

---

[2] A reply brief due July 28, 2006, has to date not been filed.

2

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| STEVEN KREBS d/b/a<br>KREATIVE GARDEN CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1120-S |
| | ) | |
| PATRICIA A. MEYERS, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

1.    All discovery shall be completed by October 31, 2006.

2.    All dispositive motions, together with opening brief, shall be filed by November 13; answering briefs by November 27; and reply briefs by December 4, 2006.

3.    Trial is scheduled for January 2, 2007, commencing at 9:30 a.m. in the Court of Chancery Courthouse, 34 The Circle, Georgetown, Delaware.

William B. Chandler III
_____
Chancellor

Dated:  August 29, 2006