IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEVEN KREBS,                              )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )     Civil Action No. 06-455-KAJ
                                          )
PATRICIA A. MEYERS and DENNIS             )
LEE SMITH, power of attorney/agent/       )
emissary and witness for Patricia A.      )
Meyers,                                   )
                                          )
                    Defendants.           )

## ORDER

For the reasons set forth in the Memorandum Opinion issued today in this

matter,

IT IS HEREBY ORDERED that Steven Krebs' motion to remand (D.I. 7) is

GRANTED.  IT IS FURTHER ORDERED that Plaintiff's request for costs and expenses,

including attorney's fees incurred in connection with the removal and the motion to

remand (*id.*), is DENIED.

UNITED STATES DISTRICT JUDGE

October 31, 2006
Wilmington, Delaware