OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

October 31, 2006

New Castle County Court of Chancery
Attn: Clerk
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

    RE:    <u>Steven Krebs v. Patricia A. Meyers</u>
             USDC/DE Civil Action No.: 06-455 KAJ

Dear Clerk:

Pursuant to the Remand Order dated 10/31/06 signed by the Honorable Kent A. Jordan, transferring the above captioned case to your Court, enclosed please find the following items:

( X ) Certified copy of the Order of Remand

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: *Bob Cruikshank*
       Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**