Ms. Patricia A. Meyers
Rural - Route 04 Box 103A
Frankford, Del.
19945-9804

*Certified Mail No. 7005 3110 0000 1602 7573*

Ms. Marcia M. Waldron
C/O U.S. 03rd Judicial - Circuit
Of "Federal - Appeal(s)"
21400 United States
Court - House
601 Market Street
Philadelphia, PA., 19106 - 1790

**Re; Inquiring the Honorable Office of the 03rd Circuit'(s) Office of the Staff - Attorney'(s),.**

*Lower court; U.S. Dist. of Delaware civil Action No. 06-455-KAJ*

Dearest; Ms. Waldron, Good - day !  Young - lady,. For you have truly been totally UNPRECEDENTED since the mutual - like departure of; the former; Mr. "Paul W. Sisk,." Exclusively,.

**At any Rate;**

I, am well aware of your, Illustrious Integrity,. As well as the total Elemental - Fundamental fairness of; Ms. Toby Slaw sky / Incumbent - legend Circuit Executive;

**Please Review Cover - Sheet;**

I, am simply, fundamentally , Amicably, but directly, - vehemently; Requesting ; Some input of the honored Service(s); of

The Office of **"Staff - Attorney'(s)** or what ever they go under;

I, am Seriously considering Appealing a de facto wrongful inferior Ruling in; See Krebs v. Meyers, Civil "Removal Action" docket No. 06 - 455 initially filed in the U.S. District of Del.;

I, am unequivocally / indubitably AWARE; That I can, in fact directly - Appeal to this High Court of unquestioned legal jurisdiction; Here - under; 28 U.S.C. Section 1291. & Section 2107.

I, truly Appreciate your time,. And I am legally considering filing a Direct - Appeal as Such,. Or I may even legally implore / importune the court to hold my legal viable; "Notice of Appeal;" in lawful constitutional;

## "A B E Y A N C E,."

If it please, - please the Court,. Just until further Notice;

I am truly studying the "United States Code Annotated," and other Constitutional - Law(s), to deal with my case,. I want Justice,. There is so much double - standard in the little 01st State,.

I, had legally Removed a very unfair / bogus / Frivolous Transparent Civil - Suit; from a inferior State Court forum; To a U.S. District Court of Compotent jurisdiction, that is within this Circuit,.

### A Special Hello to "Circuit - justice,"

The Honorable; "David H. Souter;" of the U.S. Supreme Court,.

### NOTICE OF APPEAL TO BE HELD IN ABEYANCE ?

PLEASE BE LEGALLY - "ADVISED - ALL - "PARTIE(S);

This, was initially "Filed also; Hereunder;

28 U.S.C.A. Section 1443. "Respectively,. ....

                                            Sincerely

                                              Truly

                                              Your(s);

X _Peter My_____

Cc : Hon. Joseph R. Biden - 7005 1160 0002 0592 9436
- Chanceller William B. Chandler, III
   7005 3110 0000 1602 7825       Dated; 11 - 06 - 06
- Judge Kent A. Jordan
   7005 3110 0000 1602 7603
- Attorney, John E. Tarburton
   7005 3110 0000 1602 7591

"Toby Slawsky"

                                              3

Emissary / Witness / Power of "Attorney,

X _____[signature: Dennis L Smith]_____

Mr. Dennis L. Smith - a "Special - "Friend to the

Defendant,. Ms. Patricia A. Meyers . ....................

4

FindLaw for Legal Professionals - Case Law, Federal and State Resources, Forms, and Code    Page 2 of 4

- CHAPTER 133 - REVIEW - MISCELLANEOUS PROVISIONS

*U.S. Code as of: 01/19/04*

Related Re

## Section 2107. Time for appeal to court of appeals

(a) Except as otherwise provided in this section, no appeal shall bring any judgment, order or decree in an action, suit or proceeding of a civil nature before a court of appeals for review unless notice of appeal is filed, within thirty days after the entry of such judgment, order or decree.

(b) In any such action, suit or proceeding in which the United States or an officer or agency thereof is a party, the time as to all parties shall be sixty days from such entry.

(c) The district court may, upon motion filed not later than 30 days after the expiration of the time otherwise set for bringing appeal, extend the time for appeal upon a showing of excusable neglect or good cause. In addition, if the district court finds —

(1) that a party entitled to notice of the entry of a judgment or order did not receive such notice from the clerk or any party within 21 days of its entry, and

(2) that no party would be prejudiced,

the district court may, upon motion filed within 180 days after entry of the judgment or order or within 7 days after receipt of such notice, whichever is earlier, reopen the time for appeal for a period of 14 days from the date of entry of the order reopening the time for appeal.

(d) This section shall not apply to bankruptcy matters or other proceedings under Title 11.

Judiciary Guid

Litigatio Guid

U.S. Legal Summ

Judici Discus

Patricia A Meyers
Box 103A
nkford, De 19945-9804





U.S. POSTAGE PAID
SELBYVILLE, DE
19975
NOV 06, '06
HMOUNT
$4.88
0000  19801  00056114-01

CERTIFIED MAIL

7005 3110 0000 1602 7603

RETURN RECEIPT REQUESTED

To: The Honorable Kent A. Jordan
U.S. District Court
District of Delaware
Lockbox 10
844 King Street
U.S. Courthouse
Wilmington, DE 19801