## NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

STEVEN KREBS d/b/a/ KREATIVE Garden(s) Center,

DISTRICT COURT DOCKET NUMBER: 06 - 455KAJ

v.

PATRICIA A. MEYERS.

DISTRICT COURT JUDGE: Hon. KENT A. JORDAN

Notice is hereby given that __Ms. PATRICIA A. MEYERS    Pro se__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[X] Other (specify) __Arbitrary, & "Capricious - de facto; "R E M A N D .__

entered in this action on __Oct. 31st 2006 A.D.__
(date)

Dated: Oct. 31st, 2006 A.D.

_Pat_

_Pat A Mey_
(Counsel for Appellant-Signature)

Self - "Pro se For"JUSTICE,.
(Name of Counsel - Typed)

Rural Route 04 Box 103A
(Address)

Frankford, Del., 19945 - 9804
(City, State Zip)

(302) - 436 - 0227
(Telephone Number)

John E. Tarburton esq.,
(Counsel for Appellee)

420 E. Pennsylvania Ave.
(Address)

Seaford, Del., 19973 - 3706
(City, State Zip)

(302) 628 - 5499
(Telephone Number)

2006 NOV 22 AM 9:58
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEVEN KREBS,            )
                         )
         Plaintiff,      )
                         )
v.                       )   Civil Action No. 06-455-KAJ
                         )
PATRICIA A. MEYERS and DENNIS )
LEE SMITH, power of attorney/agent/ )
emissary and witness for Patricia A. )
Meyers,                  )
                         )
         Defendants.     )

## ORDER

For the reasons set forth in the Memorandum Opinion issued today in this matter,

IT IS HEREBY ORDERED that Steven Krebs' motion to remand (D.I. 7) is GRANTED. IT IS FURTHER ORDERED that Plaintiff's request for costs and expenses, including attorney's fees incurred in connection with the removal and the motion to remand (*id.*), is DENIED.

UNITED STATES DISTRICT JUDGE

October 31, 2006
Wilmington, Delaware

Ms. Patricia A. Meyers<br>
Rural Route 4 Box 103A<br>
Frankford, DE 19945 - 9804

U.S. District of Delaware C/O
Mr. Peter T. Dalleo
844 N. King Street
Boggs Federal Bldg.
Wilmington, Del. 19801 - 3570

**In Re;**

**{Caption}; Steven Krebs d/b/a Kreative Garden(s),**
**V.**
**Patricia A. Meyers.**

This court docket No. **06 - 455KAJ**

**"Please Take Notice;"**

This is a viable

**Certificate / Proof of "S E R V I C E"**

In relevant / Pertinent Accordance Herewith; Notice of Appeal *two (2)*

Copie(s) of viable - exact subject; This manifest

"Notice of Appeal" of this former case Civil Action No. 06 - 455KAJ

has been sent via **Certified United States Mail.** — *7005 3110 0000 1602 7610*

To; Opposing / Adversary Legal Counsel; of Record; Sent to;

**Mr. John E. Tarburton esq.**
**420 Pennsylvania Ave.,**
**Seaford, Del. 19973 - 3706**

All statement(s) are in full compliance / Compliance(s) Herewith;

28 U.S.C. Section 1746.

**Cc: Marcia M. Waldron**

**Toby Slawsky**

X *[signed] Peter A. M___*   11/21/2006

2