Ms. Patricia A. Meyers, "Pro Se"<br>
Rural Route Box 103A<br>
Frankford, DE., 19945 - 9804

December 18, 2006

*This letter has a total of five (5) pages and four (4) exhibits*

Certified Mail to the following below:

The Unprecedented, Incumbent / Viable;
Clerk; Ms. Marcia M. Waldron,
C/O; "Ms. Laura L. Greene of the Elite
"Staff – Attorney's, of Fact;
U.S. 03rd Judicial – Circuit of Appeal(s)
INDEPENDENCE MALL WEST
21400 United States "Court – House"
601 Market Street
Philadelphia, PA., 19106 – 1790
**Certified Mail – 7005 3110 0000 1602 7726 --- Original and four (4) true copies enclosed**

Re: **Krebs** vs. **Meyers**, et Al., C.A. No. **06 – 4873** (Dist. Of Del., Act. No. **06 – 455 – KAJ**)

Please Take Legal "Notice"

To; The honorable Chief - Judge of the, 03rd United States Judicial Circuit

To; Chief Incumbent Judge of the United States District of Delaware, The Eminent Hon. Sue L. Robinson,.

To; Mr. Bradford A. Baldus esq., / Senior Legal Advisor to the Clerk;

In re; Possible inadvertent Oversight? And or Prohibited / Proscribed wrongful

Intentional - Discrimination;

Dearest; All legally, directly, and indirectly commingled person(s);

**Here - under 42 U.S.C.A. Section 1985(3).**

Please Be Legally - Lawfully Manifestly Advised;

{01}. Rational basis test., is just exactly that; Rational basis test., And, as any of you will easily find out, legally - Rational basis test., It, is what it is; As, in see; 28 U.S.C.A. Section 1443.,

continue on page # 2

U.S. Clerk; Ms. Marcia M. Waldron, C/O; "Ms. Laura L. Greene of the Elite and Mr. Steven S. Krebs
December 18, 2006
Page # 2

{02}. This, is in the Absolute minute / {mynoot}, Rudimentary least; The 3${}^{rd}$ or 4${}^{th}$ Notice of the Heretofore initial cognizable Self - Executing Proximate justa causa(s); Includinf, but {NOT}, limited to;

28 U.S.C.A. Section 1443.

**Here - under; Mainly - Solely;**

**28 U.S.C.A. Section 1443**

As is apparently - "Clandestine" ? Vel Non to the Adverse / opposing Party and suspect legal - counsel ? And apparently some "Court - Staff" ? of apparently both court(s)? {Sic},.

I, Patricia A. Meyers Pro se sincerely apologize to the Court / Court(s),. However, as it is, what it is,. Please see the Legal Ultimate fact(s); That clearly vehemently prove,. That is Response / My Response as is; in this legal letter, as an Answer Per se to the very suspect; but on the Record; letter from the Federally owned and operated 03${}^{rd}$ Judicial Circuit of Appeal(s) C/O Ms. Marcia M. Waldron, and directly from the apparent desk, of elite subordinate Ms. Laura L. Greene,.

Ultimate - Elemental fact(s) II.

Please Take Legal - official Notice; who ever has procrastinated this constitutional Appeal: If the shoe fit(s), I am sorry,. However, unlawful, unconstitutional "Prejudicial -

continue on page # 3

U.S. Clerk; Ms. Marcia M. Waldron, C/O; "Ms. Laura L. Greene of the Elite and Mr. Steven S. Krebs
December 18, 2006
Page # 3

ERROR, shall not, be commingled in this legal certainly - unquestionable, unequivocal, very Appealable viable Appeal See; U.S. 03rd Judicial Circuit Civ. Act. No. 06 - 4673

In a Nut Shell;

I, Ms. Patricia A. Meyers Pro se am willing, to at least for now Overlook, the very Apparent indelible on the Record;

{A}. Gross Negligence ?

{B}. Negligence per se ?

{C}. Passive Negligence ?

{D}. "Imputed Negligence,. ?

{E}. "Concurrent Negligence. ?

{F}. "Negligence in Law;. ?

{G}. "Joint Negligence,. ?

{H}. "Ommission,. ? / "Dereliction, of "Dutie(s),. ................

This, is to prove viability / validity of the fact, that this appeal Civ. Act No. 06 - 4873 is not only valid, in it's self; as initially, legally, sent up to this; High Non de facto Court of Law; But due to; The fact that Rational basis test,. And the fact of the Federalized, legislative, explicit, on the Record Proximate - self - Executing - Cognizable justa causa;

continue on page # 4

U.S. Clerk; Ms. Marcia M. Waldron, C/O; "Ms. Laura L. Greene of the Elite and Mr. Steven S. Krebs
December 18, 2006
Page # 4

### 28 U.S.C.A. Section 1443

As, was filed in the very Questionable suspect / possibly, de facto Court - below; Please See; This explicit Federally Enacted 28 U.S.C.A. Section 1443. 5th or 6th Notice; ?

Conclusion;

Please Take Legal Notice;

As, has been sent {Gravamen} the apparent suspect unconstitutional reason to attempt to deny / delay my inalienable - inherent Liberty to, constitutional elemental - fundamental Appeal,.

Please; See Patricia A. Meyers' attached **Exhibits: A, B, C and D**.

In which unequivocally verifie(s), that 28 U.S.C.A Section 1443. Was known of {Via}, the de facto inferior Court - below, and in fact docketed {Via} the Court - below; So, am I being singled out Invidiously due to I am Pro se ?

I, feel so alone in this appeal as I am,. However the law, is the law, and Rational basis test,. Speak(s) for it's self,. I certainly due not intend to have to seek; The Assistance of the Honorable Zenith Circuit Justice Hon. David H. Souter, of the elite 09, of the U.S. Supreme Court, I do believe this is cleared up now ? Amicable, "Conclusion, ? ?

continue on page # 5

U.S. Clerk; Ms. Marcia M. Waldron, C/O; "Ms. Laura L. Greene of the Elite and Mr. Steven S. Krebs
December 18, 2006
Page # 5

Also, for the Record, please note; **28 U.S.C.A Section 1443**. Was / is listed on the initial

docket sheet; which again is **attached Exhibit B**.

Sincerely, Vehemently
All of your(s)

*Pat A. Mey*
Ms. Patricia A. Meyers

Cc:   Hon. Anthony J. Scirica - cj 03rd Cir.,
      Mr. Bradford A. Baldus esq., Sen. Leg. Adv. 03rd Cir.,
      Toby D. Slawsky. 03rd Cir. Cir. Exec.,

      Hon. Sue L. Robinson, cj U.S. Dist. Of Del.,
      Peter T. Dalleg Clerk U.S. Dist. Of Del.,
      **Certified Mail** – 7005 3110 0000 1602 7634. -- **Two (2) true copies enclosed**

      **Mr. Steven S. Krebs** - **Certified Mail** – 7005 3110 0000 1602 7689

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of this letter dated December 18, 2006, have been Certified Mailed on this ___18___ day of December 18, 2006, to the Plaintiff at the following address below:

Mr. Steven S. Krebs
P.O. Box 796
Selbyville, DE 19975
**Certified Mail** – 7005 3110 0000 1602 7689

_____
Ms. Patricia A. Meyers

Ms. Patricia A. Meyers "Pro se"
Rural Route Box 163A
Frankford, DE 19945-9804



RETURN RECEIPT REQUESTED   7005 3110 0000 1602 7634

United States District Court
District of Delaware
Lock Box 10
844 King Street
U.S. Courthouse
Wilmington, DE 19801





RETURN R
REQUES

# Exhibit A



Exhibit A

## SECTION 1447 -- Procedure after removal generally

(a) In any case removed from a State court, the district court may issue all necessary orders and process to bring before it all proper parties whether served by process issued by the State court or otherwise.

(b) It may require the removing party to file with its clerk copies of all records and proceedings in such State court or may case the same to be brought before it by writ of certiorari issued to such State court.

(c) A motion to remand the case on the basis of any defect in removal procedure must be made within 30 days after the filing of the notice of removal under section 1446(a). If at any time before final judgment is appears that the district court lacks subject matter jurisdiction, the case shall be remanded. An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal. A certified copy of the order of remand shall be mailed by the clerk to the clerk of the State court. The State court may thereupon proceed with such case.

(d) An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise, except that an order remanding a case to the State court from which it was removed pursuant to section 1443 of this title shall be reviewable by appeal or otherwise.

(e) If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court.

Exhibit B

Exhibit B

06-455

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** STEVEN KREBS d/b/a KREATIVE GARDENS CENTER

**DEFENDANTS** Patricia A. Meyers

**(b)** County of Residence of First Listed Plaintiff  SUSSEX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  SUSSEX
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 303 North Ley shirt street
John E. Tarburton esq., Seaford, Del 19973

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☑ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1443, §1446, §1331.
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
State of Del. Court of Chancery
JUDGE Hon. William B. Chandler  DOCKET NUMBER 1120-S

DATE _____ SIGNATURE OF ATTORNEY OF RECORD
Dennis L. Smith, power of attorney for Patricia A. Meyers

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# Exhibit C

Exhibit C

# In The United States District Court For The District of Delaware

STEVEN KREBS   d/b/a Kreative
Gardens Center

        Plaintiff,                     Civil Action No.  0 6 - 4 5 5

-Against-

PATRICIA A. MEYERS
        Defendant.

*********************************************************************

Racial Implication(s)
Please Take Legal

28 U.S.C. Section 1446.    **NOTICE**    28 U.S.C. Section 1443.

This is a viable / Active

**"NOTICE OF REMOVAL"**

Now, here come(s) PATRICIA A. MEYER(S), Pro se of RR4, Box 103A, Frankford, Delaware 19945 - 9804, by and through her Power of Attorney / emissary / Dennis L. Smith, who is also Pro se and a witness with the lawful - support and Heretofore clarified Assistance of my power of Attorney,. Who has been wrongfully Heinously denied the most basic essential - elemental / Fundamental, Rudimentary - minimal - Mandated,

# Exhibit D

*Exhibit D*

### This Constitutional Notice of "Removal;"

Is based on the, Unconstitutional - Ground(s); of; the de facto Court of Chancery's defunct; illicit

**{01}. 28 U.S.C. Section 1443.** Ms. Patricia Meyers, diligent Power of Attorney, was wrongfully cast - out of continuing to protect Ms. Patricia Meyers, best interest, solely / only due to the Color of his skin,.

Ms. Patricia Meyers cannot receive a fair State Court Proceeding / Trial per se in the de facto court of Chancery of Del,.

**{02}. 28 U.S.C. Section 1441(c).**

**{03}. 28 U.S.C. Section 1985(3).**

**{04}. 28 U.S.C. Section 1983.**

Also; The "Gross - wrongful," Transgression(s), of the de facto / de funct inferior Court of Chancery, are not legal in these United States of America,. Also the proscribed continued, / still continuing; wrongful Racial - Implication(s), against my dear - friend, and Legal Power of Attorney,. Is not consistent with the fundamental(s), of Liberty & "Justice,". And is patently violative,

4