OFFICE OF THE CLERK

MARCIA M. WALDRON  
CLERK

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1790

TELEPHONE  
215-597-2995

December 26, 2006

Peter T. Dalleo, Clerk  
United States District Court  
J. Caleb Boggs Federal Building  
Lockbox 18  
844 King Street  
Wilmington, DE 19801-3570



Re: Krebs v. Meyers  
C.A. No. 06-4873  
D. Del. No. 06-cv-00455 KAJ

Dear Mr. Dalleo:

Enclosed please find Postal Money Order #10703563648 in the amount of $455.00 for payment of the filing and docketing fee in this matter. The money order was made payable to the Clerk of the Court of Appeals. As payment for the appeal should have been directed to your Court, the Clerk of the Court of Appeals has endorsed the money order for payment to the District Court.

Upon receipt of the money order, kindly process it according to your Court's normal procedures.

Thank you for your assistance in this matter.

Very truly yours,  
Marcia M. Waldron, Clerk

By: /s/ Patricia S. Dodszuweit  
Chief Deputy Clerk

Enclosure  
cc: Patricia A. Meyers (w/out enclosure)